AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

Timothy R. Norton,

                   *Plaintiff,*

v.

                   Case No. 4:20-cv-12841-MFL-RSW
                   Hon. Matthew F. Leitman

Greenpath, Inc.,

                   *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Greenpath, Inc.
      C/O REGISTERED AGENT
      REGISTERED AGENT SOLUTIONS, INC.
      2285 SOUTH MICHIGAN ROAD
      EATON RAPIDS, MI 48827

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Nathan C. Volheim
    2500 S. Highland Avenue
    Suite 200
    Lombard, IL
    60148

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT            By:  s/ L. Granger
                                                                         *Signature of Clerk or Deputy Clerk*



                                                                     Date of Issuance: October 26, 2020

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-CV-12841-MFL-RSW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Greenpath, Inc., C/O Registered Agent Solutions, Inc. was received by me on *(date)* 11-2-2020.

- [ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- [X] I served the summons on *(name of individual)* Cheryl Bixby, who is designated by law to accept service of process on behalf of *(name of organization)* Greenpath, Inc., C/O Registered Agent Solutions, Inc. on *(date)* 11/2/2020; or

- [ ] I returned the subpoena unexecuted because: _____

- [ ] Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-2-2020

*Server's signature*

Angela Vermillion
Process Server

*Printed name and title*

Relentless Court Services, Inc.
4337 E. Grand River #101
Howell, MI 48843-7595

*Server's address*

Additional information regarding attempted service, etc.:
DOCUMENTS SERVED:
Summons In A Civil Action with Complaint

DESCRIPTION OF PERSON SERVED:
Age: 62, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 160, Hair: Light Brown, Glasses: Y

