# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY R. NORTON,<br><br>  Plaintiff,<br><br>v.<br><br>GREENPATH, INC.,<br><br>  Defendant. | Case No. 20-cv-12841<br>Hon. Matthew F. Leitman |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, having stipulated to the matters contained herein, and the Court being otherwise fully advised:

IT IS ORDERED that this matter is hereby dismissed with prejudice and without costs.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 22, 2021

The parties hereby stipulate to entry of the foregoing Order:

| | |
|---|---|
| /s/ Nathan C. Volheim (with consent) | /s/ Brian Witus |
| Nathan C. Volheim (#6302103) | Gary M. Saretsky (P31708) |
| Ahmad T. Sulaiman (P82149) | Brian Witus (P53062) |
| Eric D. Coleman (#6326734) | Saretsky Hart Michaels + Gould PC |
| Sulaiman Law Group, Ltd. | Attorneys for Defendant |
| Attorneys for Plaintiff | 995 South Eton |
| 2500 South Highland Avenue | Birmingham, MI 48009 |
| Suite 200 | (248) 502-3300 |
| Lombard, IL 60148 | |
| (630) 575-8181 | Dated:  January 22, 2021 |